<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

─────────────

**No. 99-6750**

─────────────

ANTHONY W. HORNE,

                    Petitioner - Appellant,

     versus

GEORGE P. DODSON, Warden,

                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-99-107)

─────────────

Submitted: September 9, 1999    Decided: September 15, 1999

─────────────

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Anthony W. Horne, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Horne seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Horne v. Dodson, No. CA-99-107 (E.D. Va. May 11, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on May 10, 1999, the district court's records show that it was entered on the docket sheet on May 11, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2